**SEALED**

McGREGOR W. SCOTT
United States Attorney
ALSTYN B. BENNETT
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

FEB 14 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH THE YOUTUBE ACCOUNT FALhunter THAT IS STORED AT PREMISES CONTROLLED BY Google LLC | CASE NO. 2:20-SW-164 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 2/14/2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

ORDER