McGREGOR W. SCOTT
United States Attorney
ALSTYN B. BENNETT
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAR 1 0 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>INFORMATION ASSOCIATED WITH THE YOUTUBE ACCOUNT FALhunter THAT IS STORED AT PREMISES CONTROLLED BY Google LLC | CASE NO: 2:20-SW-164-CKD<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: 3-10-20

THE HONORABLE DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE